B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DMI Enterprises, LTD** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**37-1367106** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2334 Collins Ct.**<br>**Batavia, IL**<br>ZIP Code **60510** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  **7112 Piper Glen Drive**<br>**Springfield, IL 62711** | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** John S. Biallas 00203890 ***
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DMI Enterprises, LTD** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DMI Enterprises, LTD** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ John S. Biallas**
_____
Signature of Attorney for Debtor(s)

**John S. Biallas 00203890**
_____
Printed Name of Attorney for Debtor(s)

**John S. Biallas, Attorney At Law**
_____
Firm Name

**3N918 Sunrise lane**
**St. Charles, IL 60174**
_____
Address

                                  **Email: jsb70@comcast.net**
**630-513-7878  Fax: 630-578-0426**
_____
Telephone Number

**September 22, 2015**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Melanie Kay Impastato**
_____
Signature of Authorized Individual

**Melanie Kay Impastato**
_____
Printed Name of Authorized Individual

**Secretary**
_____
Title of Authorized Individual

**September 22, 2015**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **DMI Enterprises, LTD**

_____,
Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 3,000,000.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,655,092.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 1,415,144.50 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 3,000,000.00 | | |
| Total Liabilities | | | | 3,070,236.50 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **DMI Enterprises, LTD**                            ,      Case No. _____

                                 Debtor

Chapter                  **7**         

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **DMI Enterprises, LTD**                                                                    ,       Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Piper Glen Gof Club**<br>**7112 Piper Glen Drive**<br>**Springfield, Il 62711** | **Fee Simple** | - | **3,000,000.00** | **1,655,092.00** |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | **3,000,000.00** | (Total of this page) | |
| | Total > | **3,000,000.00** | | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **DMI Enterprises, LTD**                                                    ,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                 **0.00**
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **DMI Enterprises, LTD**                                        ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Unknown amount of accounts receivable** | **-** | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet   1   of   2   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **DMI Enterprises, LTD**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc. personal Property and equipment, including Kitchen, Bar and dining room equipment used to operate a Golf Club** | **-** | **Unknown** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **0.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **DMI Enterprises, LTD** _____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. | | | **First Mortgage** | | | | | |
| **Creditor #: 1** **IL National Bank** **322 E. Capitol Ave.** **Springfield, IL 62701** | X | - | **Piper Glen Gof Club** **7112 Piper Glen Drive** **Springfield, Il 62711** | | | | | |
| | | | Value $    **3,000,000.00** | | | | **1,655,092.00** | **0.00** |
| Account No. | | | **UCC-1 Financing Statement** | | | | | |
| **Creditor #: 2** **IL National Bank** **322 E. Capitol Ave.** **Springfield, IL 62701** | X | - | **Misc. personal Property and equipment, including Kitchen, Bar and dining room equipment** **used to operate a Golf Club** | | | | | |
| | | | Value $    **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | **Unknown amount of accounts receivable** | | | | | |
| **Creditor #: 3** **IL National Bank** **322 E. Capitol Ave.** **Springfield, IL 62701** | | - | | | | | | |
| | | | Value $    **Unknown** | | | | **0.00** | **Unknown** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

_**0**_____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **1,655,092.00** | **0.00** |
| Total (Report on Summary of Schedules) | **1,655,092.00** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re    **DMI Enterprises, LTD**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>1</u>____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **DMI Enterprises, LTD**                                              ,      Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 1 IDES Benefit Payment Control Division PO BOX 4385 Chicago, IL 60680** | X | - | **Unemployment taxes** | | | | 0.00 | 0.00 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 0.00 |

B6F (Official Form 6F) (12/07)

In re **DMI Enterprises, LTD** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor has primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| Creditor #: 1 Ace Hardware 214 N. Walnut Stree Springfield, IL 62702 | X | - | | | | | | | 758.07 |
| Account No. | | | | | Trade Debt | | | | |
| Creditor #: 2 Acushnet Company Titleist po box 88111 Chicago, IL 60695-1111 | X | - | | | | | | | 24,524.83 |
| Account No. | | | | | Representing: Acushnet Company Titleist | | | | |
| Receivables Management Corp. 400 West Cummings Park ste 4450 Woburn, MA 01801 | | | | | | | | | Notice Only |
| Account No. | | | | | Trade Debt | | | | |
| Creditor #: 3 Agricredit Acceptance LLC po box 14535 Des Moines, IA 50306 | X | - | | | | | | | 2,400.00 |
| __16__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 27,682.90 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **DMI Enterprises, LTD** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trade Debt | | | | |
| Creditor #: 4<br>Agro -Logics LLC<br>2330 Weldon Parkway<br>Saint Louis, MO 63146 | | | | | | | | **Unknown** |
| Account No. | | - | | Trade Debt | | | | |
| Creditor #: 5<br>AM&E<br>606 South Hacienda<br>Tempe, AZ 85281 | | | | | | | | **843.80** |
| Account No. | X | - | | Trade Debt | | | | |
| Creditor #: 6<br>Battery Specialists<br>800 W. Springfield Rd<br>Taylorville, IL 62568 | | | | | | | | **13,378.00** |
| Account No. | | - | | Trade Debt | | | | |
| Creditor #: 7<br>Big R of Springfield<br>2804 North Dirksen PKWY<br>Springfield, IL 62702 | | | | | | | | **Unknown** |
| Account No. | X | - | | Trade Debt | | | | |
| Creditor #: 8<br>Buckhart Sand And Gravel<br>PO Box 347 Mechanicsburg<br>Mechanicsburg, IL 62545 | | | | | | | | **1,444.00** |

Sheet no. __1__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,665.80**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **DMI Enterprises, LTD**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 9**<br>**Buttrey-Wulff-Mamminga Agency**<br>**355 First St. PO Box 580** | X | - | **Trade Debt** | | | | **5,203.00** |
| Account No.<br><br>**Creditor #: 10**<br>**Callaway Golf**<br>**PO Box 9002**<br>**Carlsbad, CA 92018-9000** | X | - | **Trade Debt** | | | | **4,800.00** |
| Account No.<br><br>**Creditor #: 11**<br>**Cap America, Inc.**<br>**PO box 840176**<br>**Kansas City, MO 64184** | X | - | **Trade Debt** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 12**<br>**Capital One**<br>**PO BOX 85520**<br>**Richmond, VA 23285** | X | - | **Credit card purchases** | | | | **145.00** |
| Account No.<br><br>**Creditor #: 13**<br>**Chatham Area Chamber of Commerce**<br>**320 N Main Plz.**<br>**Chatham, IL 62629** | X | - | **Trade Debt** | | | | **265.00** |

Sheet no. __**2**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,413.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **DMI Enterprises, LTD**                                              ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Creditor #: 14** **CheckPoint Tire & Service Center** **23 Cottonwood Drive** **Chatham, IL 62629** | X | - | | | | | **471.00** |
| Account No. | | | Trade Debt | | | | |
| **Creditor #: 15** **cleveland/srixon dept 3355** **Po box 123355 Dallas, tx.** **Dallas, TX 75312-3355** | X | - | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| **Creditor #: 16** **Coonrod & Associates, PC** **450 N. Main Plz** **Chatham, IL 62629** | X | - | | | | | **4,756.00** |
| Account No. | | | Trade Debt | | | | |
| **Creditor #: 17** **Cutter & Buck** **PO Box 34855** **Seattle, WA 98124** | X | - | | | | | **Unknown** |
| Account No. | | | Representing: Cutter & Buck | | | | |
| **AHUS Global Trade Solutions** **2400 Veteran's Blvd** **Marrero, LA 70072** | | | | | | | **Notice Only** |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,227.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **DMI Enterprises, LTD** _____,  Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 18 CWLP Cashiers Office Municipal Cent 300 S. 7th street Room 101 Springfield, IL 62757-0001 | | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 19 Dex One PO Box 9001401 Louisville, KY 40290 | X | - | | | | | | Unknown |
| Account No. | | | | Utilities | | | | |
| Creditor #: 20 Direct TV PO BOX 6550 Englewood, CO 80155 | X | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 21 E & F Distributing Company PO Box 970 Springfield, IL 62705 | X | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 22 Erb Turf Equipment, Inc. 1500 Boul Avemue Belleville, IL 62226 | X | - | | | | | | Unknown |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **DMI Enterprises, LTD**                                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **Creditor #: 23**<br>**Frontier**<br>**PO BOX 20550**<br>**Rochester, NY 14602** | X | - | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Creditor #: 24**<br>**Gagne Distributing**<br>**1617 W. Spresser**<br>**Taylorville, IL 62568** | X | - | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Creditor #: 25**<br>**George Alarm Co.**<br>**917  South Ninth**<br>**Springfield, IL 62703** | X | - | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Creditor #: 26**<br>**GORDON FOOD SERVICE**<br>**DEPT 10490**<br>**Palatine, IL 60055-0490** | X | - | | | | | | **109.93** |
| Account No. | | | | Trade Debt | | | | |
| **Creditor #: 27**<br>**Hamiltons Catering Services inc.**<br>**Box 177**<br>**Franklin, IL 62638** | X | - | | | | | | **1,759.00** |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,868.93**

B6F (Official Form 6F) (12/07) - Cont.

In re    **DMI Enterprises, LTD** _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **28** <br><br> **Creditor #: 28** <br> **Helena Chemical Company** <br> **98324 Collection Center Dr.** <br> **Chicago, IL 60693** | X | - | | **Trade Debt** | | | | **Unknown** |
| Account No. **29** <br><br> **Creditor #: 29** <br> **Hornungs Golf Products, Inc.** <br> **P.O. Box 1078** <br> **Fond Du Lac, WI 54936** | X | - | | **Trade Debt** | | | | **161.00** |
| Account No. **30** <br><br> **Creditor #: 30** <br> **Illinois Meter** <br> **4390 Jeffory St.** <br> **Springfield, IL 62703** | X | - | | **Trade Debt** | | | | **176.61** |
| Account No. **31** <br><br> **Creditor #: 31** <br> **Irrigation & Turf equipment** <br> **2725 N. State** <br> **PO Box 43** <br> **Iola, KS 66749** | X | - | | **Trade Debt** | | | | **3,349.00** |
| Account No. **32** <br><br> **Creditor #: 32** <br> **John Deere Financial** <br> **Acct. Dept.-ALP Processing** <br> **PO BOX 6600** <br> **Johnston, IA 50131** | X | - | | **Trade Debt** | | | | **39,000.00** |

Sheet no. __6__ of __16__ sheets attached to Schedule of      Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)    **42,686.61**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DMI Enterprises, LTD** _____,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 33 John Klemm 7112 Piper Glen Dr. Springfield, IL** | X | - | Any Potential Claims | | | | 54,960.00 |
| Account No. **Creditor #: 34 Masco Packaging 306 North Street Springfield, IL 62704** | X | - | Trade Debt | | | | 0.00 |
| Account No. **Creditor #: 35 Mel O Cream Donuts 227 E. Laurel Springfield, IL 62704** | X | - | Loan | | | | 79,000.00 |
| Account No. **Creditor #: 36 Mickey's Linen 196 North Dearborn Ave kankakee IL.** | X | - | Trade Debt | | | | Unknown |
| Account No. **Creditor #: 37 Midwest Office Supply 3700 W. Wabash Ave Springfield, IL 62708** | X | - | Trade Debt | | | | Unknown |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

133,960.00

B6F (Official Form 6F) (12/07) - Cont.

In re **DMI Enterprises, LTD**                                      Case No. _____
_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Creditor #: 38 MJ Kellner 5700 International Pkwy, Springfield, IL 62711 | X | - | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| Creditor #: 39 MTI Distributing inc. 1900 P.O. Box 86 Minneapolis, MN 55486 | X | - | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| Creditor #: 40 Napa auto parts PO box 5066 Rockford, IL 61125 | X | - | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| Creditor #: 41 Nelson Oil Company, Inc. 4001 Walnut Street Road Springfield, IL 62707 | X | - | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| Creditor #: 42 Neuhoff Media Springfield Po Box 6493 Springfield, IL 62708 | X | - | | | | | |
| | | | | | | | **736.00** |

Sheet no. __8__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal          **736.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **DMI Enterprises, LTD**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 43 Noonans Grand Rental 3031 S. Koke Mill Road Springfield, IL 62701 | X | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 44 Ouray Sportware 1201` W. mansfield Englewood, CO 80110 | X | - | | | | | | 2,829.00 |
| Account No. | | | | Utilities | | | | |
| Creditor #: 45 Powernet Global 8805 Governors Hill Drive  Suite 250 Cincinnati, OH 45249 | X | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 46 Prairieland Golf & Utility Cars #1 Quest Drive Bloomington, IL 61704 | X | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 47 Prestige Flag 591 Camino de la Reina #917 San Diego, CA 92108 | X | - | | | | | | 296.40 |

Sheet no. __9__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,125.40

B6F (Official Form 6F) (12/07) - Cont.

In re **DMI Enterprises, LTD** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 48 Pro Hosting PO Box 702 Midway Midway, UT 84049 | X | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 49 Pro Pump 6810 Enterprise Drive Delta, OH 43515 | X | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 50 R&R Products 3334 E. Milber St. Tucson, AZ 85714 | X | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 51 R.P. Lumber 200 East Mulberry Chatham, IL 62629 | X | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 52 Reed Irrigation Services Inc 659 E. Prairie Avenue Lombard, IL 60148 | X | - | | | | | | Unknown |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **DMI Enterprises, LTD**                                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 53 RJ Distributing Company 410 High Point Lane East Peoria, IL 61611 | X | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 54 Robert Chick Fritz,inc. 1000 W. Hazel Dell Lane Springfield, IL 62703 | X | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 55 Robert Meacham Restaurant Cleaning 2626 Tozer Road Springfield, IL 62707 | X | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 56 Ryan Electric 1305 W. Enos Springfield, IL 62702 | X | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 57 Safely-Kleen Systems Inc 13925 Center Ave Dolton, IL 60419 | X | - | | | | | | Unknown |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                 **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **DMI Enterprises, LTD**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services rendered | | | | |
| Creditor #: 58 Scott & Scott 611 East Monroe Street Springfield, IL 62701 | X | - | | | | | | |
| | | | | | | | | 6,000.00 |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 59 Service Master 2831 Farmers Market Road Springfield, IL 62704 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Guaranty of Business Debt | | | | |
| Creditor #: 60 Small Business Administration 500 West Madison Street Chicago, IL 60661 | X | - | | | | | | |
| | | | | | | | | 1,153,000.00 |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 61 Soil Technologies Corp 2103 185th str Fairfield, IA 52556 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 62 South County Publications Po Box 50 110 North Fifth Street Auburn, IL 62615 | | - | | | | | | |
| | | | | | | | | 150.00 |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,159,150.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **DMI Enterprises, LTD** , Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 63 | | | | Trade Debt | | | | |
| Creditor #: 63 Southern Wine & Spirits of Illinois 2971 Paysphere Circle Chicago, IL 60674-2971 | X | - | | | | | | Unknown |
| Account No. 64 | | | | Trade Debt | | | | |
| Creditor #: 64 Specialty Cigar International, Inc. 109 NW Greenwood Ave, Suite 105 Bend, OR 97701 | X | - | | | | | | Unknown |
| Account No. 65 | | | | Trade Debt | | | | |
| Creditor #: 65 Spirit Leatherworks, LLC PO Box 21507 Eugene, OR 97402 | X | - | | | | | | Unknown |
| Account No. 66 | | | | Trade Debt | | | | |
| Creditor #: 66 Springfield Pepsi-Cola 2900 Singer Avenue Springfield, IL 62703 | X | - | | | | | | 1,000.00 |
| Account No. 67 | | | | Trade Debt | | | | |
| Creditor #: 67 Springnet1, Inc. 6900 Preston Drive Springfield, IL 62711 | X | - | | | | | | 40.00 |

Sheet no. __13__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,040.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **DMI Enterprises, LTD** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Creditor #: 68 Staff Carpet. 2527 north 5th street Springfield, IL 62702** | X | - | | Trade Debt | | | | 8,000.00 |
| Account No. **Creditor #: 69 Sterling Cut Glass po box 75148 Cincinnati, OH 45275** | X | - | | Trade Debt | | | | 1,920.00 |
| Account No. **Creditor #: 70 Stoller Wholesale Distributing 2881 Busse Road Arlington Heights, IL 60005** | X | - | | Trade Debt | | | | Unknown |
| Account No. **Creditor #: 71 Sun Mountain Po Box 7727 Missoula, MT 59807** | X | - | | Trade Debt | | | | Unknown |
| Account No. **Creditor #: 72 Tail, Inc. PO Box 98 Columbus, GA 31902-0098** | X | - | | Trade Debt | | | | Unknown |

Sheet no. __14__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,920.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **DMI Enterprises, LTD**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 73 Team Golf 1540 Champion Dr. Carrollton, TX 75006 | X | - | | | | | | 1,350.99 |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 74 The Citi Group Commercial Services PO BOX 1036 | X | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 75 The Cleaning Guy 650 West Lenox Ave. Springfield, IL 62704 | X | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 76 Tour Edge Golf Mfg., Inc. 1301 Pierson Drive Batavia, IL 60510 | X | - | | | | | | 1,599.00 |
| Account No. | | | | Trade Debt | | | | |
| Creditor #: 77 Turf Professionals Equipment Co. 33665 Treasury Center Chicago, IL 60694 | X | - | | | | | | Unknown |

Sheet no. __15__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,949.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **DMI Enterprises, LTD**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Debt | | | | |
| **Creditor #: 78** **US Kids Golf** **PO BOX 116349** **Atlanta, GA 30368** | X | - | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Creditor #: 79** **Waste Management** **PO Box 4648** **Carol Stream, IL 60197** | X | - | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Creditor #: 80** **West Coast Trends, Inc.** **17811 Jamestown Lane** **Huntington Beach, CA 92647** | X | - | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Creditor #: 81** **Wirtz Beverage ILL** **PO box 809180** **Chicago, IL 60680** | X | - | | | | | | **718.87** |
| Account No. | | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **718.87** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **1,415,144.50** |

B6G (Official Form 6G) (12/07)

.

In re    **DMI Enterprises, LTD**                                                                ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **DMI Enterprises, LTD** _____,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **IL National Bank**<br>**322 E. Capitol Ave.**<br>**Springfield, IL 62701** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Ace Hardware**<br>**214 N. Walnut Stree**<br>**Springfield, IL 62702** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Acushnet Company Titleist**<br>**po box 88111**<br>**Chicago, IL 60695-1111** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Agricredit Acceptance LLC**<br>**po box 14535**<br>**Des Moines, IA 50306** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Battery Specialists**<br>**800 W. Springfield Rd**<br>**Taylorville, IL 62568** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Buckhart Sand And Gravel**<br>**PO Box 347 Mechanicsburg**<br>**Mechanicsburg, IL 62545** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Buttrey-Wulff-Mamminga Agency**<br>**355 First St. PO Box 580** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Callaway Golf**<br>**PO Box 9002**<br>**Carlsbad, CA 92018-9000** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Cap America, Inc.**<br>**PO box 840176**<br>**Kansas City, MO 64184** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Capital One**<br>**PO BOX 85520**<br>**Richmond, VA 23285** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Chatham Area Chamber of Commerce**<br>**320 N Main Plz.**<br>**Chatham, IL 62629** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **CheckPoint Tire & Service Center**<br>**23 Cottonwood Drive**<br>**Chatham, IL 62629** |

**6**
____ continuation sheets attached to Schedule of Codebtors

In re   **DMI Enterprises, LTD**                                                    ,   Case No. _____
                                              **Debtor**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **cleveland/srixon dept 3355**<br>**Po box 123355 Dallas, tx.**<br>**Dallas, TX 75312-3355** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Coonrod & Associates, PC**<br>**450 N. Main Plz**<br>**Chatham, IL 62629** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Cutter & Buck**<br>**PO Box 34855**<br>**Seattle, WA 98124** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Dex One**<br>**PO Box 9001401**<br>**Louisville, KY 40290** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Erb Turf Equipment, Inc.**<br>**1500 Boul Avemue**<br>**Belleville, IL 62226** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Direct TV**<br>**PO BOX 6550**<br>**Englewood, CO 80155** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **E & F Distributing Company**<br>**PO Box 970**<br>**Springfield, IL 62705** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Frontier**<br>**PO BOX 20550**<br>**Rochester, NY 14602** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Gagne Distributing**<br>**1617 W. Spresser**<br>**Taylorville, IL 62568** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **George Alarm Co.**<br>**917  South Ninth**<br>**Springfield, IL 62703** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **GORDON FOOD SERVICE**<br>**DEPT 10490**<br>**Palatine, IL 60055-0490** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Hamiltons Catering Services inc.**<br>**Box 177**<br>**Franklin, IL 62638** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Helena Chemical Company**<br>**98324 Collection Center Dr.**<br>**Chicago, IL 60693** |

Sheet __1__ of __6__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

In re      **DMI Enterprises, LTD**                                          ,      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Hornungs Golf Products, Inc.**<br>**P.O. Box 1078**<br>**Fond Du Lac, WI 54936** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Illinois Meter**<br>**4390 Jeffory St.**<br>**Springfield, IL 62703** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **John Deere Financial**<br>**Acct. Dept.-ALP Processing**<br>**PO BOX 6600**<br>**Johnston, IA 50131** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **IDES**<br>**Benefit Payment Control Division**<br>**PO BOX 4385**<br>**Chicago, IL 60680** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Irrigation & Turf equipment**<br>**2725 N. State**<br>**PO Box 43**<br>**Iola, KS 66749** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **John Klemm**<br>**7112 Piper Glen Dr. Springfield, IL** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Masco Packaging**<br>**306 North Street**<br>**Springfield, IL 62704** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Mickey's Linen**<br>**196 North Dearborn Ave kankakee IL.** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Midwest Office Supply**<br>**3700 W. Wabash Ave**<br>**Springfield, IL 62708** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **MJ Kellner**<br>**5700 International Pkwy,**<br>**Springfield, IL 62711** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **MTI Distributing inc.**<br>**1900 P.O. Box 86**<br>**Minneapolis, MN 55486** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Napa auto parts**<br>**PO box 5066**<br>**Rockford, IL 61125** |

Sheet __2__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re    **DMI Enterprises, LTD** _____ ,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Nelson Oil Company, Inc.**<br>**4001 Walnut Street Road**<br>**Springfield, IL 62707** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Neuhoff Media Springfield**<br>**Po Box 6493**<br>**Springfield, IL 62708** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Noonans Grand Rental**<br>**3031 S. Koke Mill Road**<br>**Springfield, IL 62701** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Ouray Sportware**<br>**1201` W. mansfield**<br>**Englewood, CO 80110** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Powernet Global**<br>**8805 Governors Hill Drive**<br>**Suite 250**<br>**Cincinnati, OH 45249** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Prairieland Golf & Utility Cars**<br>**#1 Quest Drive**<br>**Bloomington, IL 61704** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Prestige Flag**<br>**591 Camino de la Reina #917**<br>**San Diego, CA 92108** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Pro Hosting**<br>**PO Box 702 Midway**<br>**Midway, UT 84049** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Pro Pump**<br>**6810 Enterprise Drive**<br>**Delta, OH 43515** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **R&R Products**<br>**3334 E. Milber St.**<br>**Tucson, AZ 85714** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **R.P. Lumber**<br>**200 East Mulberry**<br>**Chatham, IL 62629** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Reed Irrigation Services Inc**<br>**659 E. Prairie Avenue**<br>**Lombard, IL 60148** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **RJ Distributing Company**<br>**410 High Point Lane**<br>**East Peoria, IL 61611** |

Sheet __3__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re    **DMI Enterprises, LTD** _____ ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Robert Chick Fritz,inc.**<br>**1000 W. Hazel Dell Lane**<br>**Springfield, IL 62703** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Robert Meacham Restaurant Cleaning**<br>**2626 Tozer Road**<br>**Springfield, IL 62707** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Ryan Electric**<br>**1305 W. Enos**<br>**Springfield, IL 62702** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Safely-Kleen Systems Inc**<br>**13925 Center Ave**<br>**Dolton, IL 60419** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Scott & Scott**<br>**611 East Monroe Street**<br>**Springfield, IL 62701** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Service Master**<br>**2831 Farmers Market Road**<br>**Springfield, IL 62704** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Small Business Administration**<br>**500 West Madison Street**<br>**Chicago, IL 60661** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Soil Technologies Corp**<br>**2103 185th str**<br>**Fairfield, IA 52556** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Southern Wine & Spirits of Illinois**<br>**2971 Paysphere Circle**<br>**Chicago, IL 60674-2971** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Specialty Cigar International, Inc.**<br>**109 NW Greenwood Ave, Suite 105**<br>**Bend, OR 97701** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Spirit Leatherworks, LLC**<br>**PO Box 21507**<br>**Eugene, OR 97402** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Springfield Pepsi-Cola**<br>**2900 Singer Avenue**<br>**Springfield, IL 62703** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Springnet1, Inc.**<br>**6900 Preston Drive**<br>**Springfield, IL 62711** |

Sheet __4__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re      **DMI Enterprises, LTD** _____,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Staff Carpet.**<br>**2527 north 5th street**<br>**Springfield, IL 62702** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Sterling Cut Glass**<br>**po box 75148**<br>**Cincinnati, OH 45275** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Stoller Wholesale Distributing**<br>**2881 Busse Road**<br>**Arlington Heights, IL 60005** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Sun Mountain**<br>**Po Box 7727**<br>**Missoula, MT 59807** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Tail, Inc.**<br>**PO Box 98**<br>**Columbus, GA 31902-0098** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Team Golf**<br>**1540 Champion Dr.**<br>**Carrollton, TX 75006** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **The Citi Group Commercial Services**<br>**PO BOX 1036** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **The Cleaning Guy**<br>**650 West Lenox Ave.**<br>**Springfield, IL 62704** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Tour Edge Golf Mfg., Inc.**<br>**1301 Pierson Drive**<br>**Batavia, IL 60510** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Turf Professionals Equipment Co.**<br>**33665 Treasury Center**<br>**Chicago, IL 60694** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **US Kids Golf**<br>**PO BOX 116349**<br>**Atlanta, GA 30368** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Waste Management**<br>**PO Box 4648**<br>**Carol Stream, IL 60197** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **West Coast Trends, Inc.**<br>**17811 Jamestown Lane**<br>**Huntington Beach, CA 92647** |

Sheet __5__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re   **DMI Enterprises, LTD**                            ,     Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Wirtz Beverage ILL**<br>**PO box 809180**<br>**Chicago, IL 60680** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **IL National Bank**<br>**322 E. Capitol Ave.**<br>**Springfield, IL 62701** |
| **David and Melanie Impastato**<br>**2334 Collins Ct.**<br>**Batavia, IL 60510** | **Mel O Cream Donuts**<br>**227 E. Laurel**<br>**Springfield, IL 62704** |

Sheet   **6**   of   **6**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **DMI Enterprises, LTD** _____   Case No. _____
Debtor(s)   Chapter   **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Secretary of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**34**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 22, 2015** _____   Signature **/s/ Melanie Kay Impastato** _____
**Melanie Kay Impastato**
**Secretary**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **DMI Enterprises, LTD**                                                                          Case No. _____

_____
Debtor(s)                                    Chapter    **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None

■     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

**2. Income other than from employment or operation of business**

None

■     State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

B7 (Official Form 7) (04/13)
2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ill National Bank vs.DMI Enterprises, et. al. 2015 CH 314** | **Foreclosure and suit for collection** | **Circuit Court of Sangamon County, Springfield, Il** | **Pleadings** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
☐

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **IL National Bank** **322 E. Capitol Ave.** **Springfield, IL 62701** | **August 19, 2015** | **Pursuant to Court Order attached.** |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **John S. Biallas, Attorney At Law**<br>**3N918 Sunrise lane**<br>**St. Charles, IL 60174** | **9/2015** | **11,500** |

---

**10.  Other transfers**

None ■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None ■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

---

**12.  Safe deposit boxes**

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS            NAME AND ADDRESS OF            DATE OF            ENVIRONMENTAL
                                 GOVERNMENTAL UNIT              NOTICE            LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS            NAME AND ADDRESS OF            DATE OF            ENVIRONMENTAL
                                 GOVERNMENTAL UNIT              NOTICE            LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                         DOCKET NUMBER                         STATUS OR DISPOSITION

---

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

B7 (Official Form 7) (04/13)
7

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                INVENTORY SUPERVISOR                DOLLAR AMOUNT OF INVENTORY
                                                                    (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                                NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                NATURE OF INTEREST                PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                TITLE                NATURE AND PERCENTAGE
                                                    OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                TITLE                DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                    DATE AND PURPOSE                AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR          OF WITHDRAWAL                    OR DESCRIPTION AND
                                                                VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                TAXPAYER IDENTIFICATION NUMBER (EIN)

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **September 22, 2015**          Signature   **/s/ Melanie Kay Impastato**
                                                    **Melanie Kay Impastato**
                                                    **Secretary**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

IN THE CIRCUIT COURT FOR THE SEVENTH JUDICIAL CIRCUIT

SANGAMON COUNTY, ILLINOIS

**FILED**

AUG 1 9 2015

*David Flagerb*

Clerk of the
Circuit Court

11

| | |
|---|---|
| ILLINOIS NATIONAL BANK, a<br>National banking association,<br><br>      Plaintiff,<br><br>v.<br><br>DMI ENTERPRISES, LTD, DAVID M.<br>IMPASTATO, MELANIE K.<br>IMPASTATO, SMALL BUSINESS<br>GROWTH CORPORATION, UNITED<br>STATES OF AMERICA, STATE OF<br>ILLINOIS, PIPER GLEN GOLF CLUB,<br>INC., PIPER GLEN DEVELOPMENT<br>CORPORATION, JOHN W. KLEMM,<br>SUSAN C. KLEMM,  ILLINOIS<br>NATIONAL BANK, GENERAL<br>ELECTRIC CAPITAL CORPORATION,<br>PEOPLES BANK & TRUST, DEERE<br>CREDIT, INC., UNKNOWN TENANTS,<br>UNKNOWN OWNERS and NON-<br>RECORD CLAIMANTS,<br><br>      Defendants. | No.  ' 2015CH00314 |

## EMERGENCY ORDER FOR POSSESSION TO PRESERVE COLLATERAL

THIS MATTER coming on a hearing for the Plaintiff's Emergency Motion for
Possession to Preserve Collateral and the Court being fully advised on the premises, hereby finds
as follows:

1.    The Defendant, DMI ENTERPRISES, LTD, an Illinois corporation (the
"Company"), owns and operates the Piper Glen Golf Club located at 7112 Piper Glen Drive,
Springfield, Illinois (the "Real Property").

2.     On August 28, 2014, the Company executed a Promissory Note in the amount of ONE MILLION THREE HUNDRED SEVENTY-SIX THOUSAND NINE HUNDRED AND 68/100THS DOLLARS (U.S. $1,376,900.68) as the most recent renewal and refinancing of a Promissory Note dated December 5, 2006 in the original principal amount of ONE MILLION SIX HUNDRED THOUSAND AND NO/100THS DOLLARS (U.S. $1,600,000.00) (the "Note").

3.     The Defendants, DAVID M. IMPASTATO and MELANIE K. IMPASTATO, each executed a Commercial Guaranty wherein each unconditionally guaranteed the repayment of the Note.

4.     As of August 17, 2015, the current outstanding balance of principal, interest and late fees due and payable under the Promissory Note is $1,389,685.89.

5.     The Defendants have defaulted on their loans and/or guarantees with the Plaintiff in one or more of the ways set forth in the Emergency Motion and the Complaint for Foreclosure.

6.     The Court finds that the Mortgage signed by the Company entitles the Plaintiff to possession of the Real Property as Mortgagee in Possession upon a default in the conditions of the Note and/or Mortgage.

7.     The Court finds that the Commercial Security Agreement signed by the Company entitles the Plaintiff to collect the Company's business personal property (the "Personal Property").

8.     The Court also finds that seizure and possession of the Company's property is necessary to protect the Plaintiff from the risk of immediately impending harm, which would

result from the deterioration of the property and/or concealment of the rents and income from the operation of the property.

BASED UPON THE FOREGOING, the Court hereby further finds as follows:

A.      Plaintiff has established a prima facie case to a superior right to possession of the Real Property and Personal Property.

B.      Plaintiff has also demonstrated to the Court the probability that Plaintiff will ultimately prevail on the underlying claim to possession, based upon: (1) the Defendants' defaults; (2) the remedies granted in the Mortgage and Commercial Security Agreement; (3) the amount of debt that the Defendants have outstanding with the Plaintiff and the value of the Real Property and Personal Property to be foreclosed and/or replevied; and (4) the Defendants' acknowledgment of a prior condition of default and a waiver of any defenses in the Forbearance Agreement.

C.      Plaintiff is entitled to gain immediate access to the Real Property and improvements thereon and the Personal Property for the purposes of protecting it from the risk of harm caused by theft, vandalism, destruction, deferred maintenance, neglect, other damages and/or concealment that could result to the Real Property and Personal Property to maintain its value.

D.      The Court further finds that based upon the foregoing that an Order of Possession of the Real Property and Personal Property shall be entered by this Court which grants the Plaintiff immediate possession and access to the Real Property and all of the Company's business personal property.

E.      The Court further finds that the Plaintiff is entitled to the rents, income and profits from the property as conferred upon the Plaintiff in the Mortgage and Commercial Security Agreement.

F.      The Court further finds that Plaintiff shall be entitled to employ third parties to reasonably assist in the management and control of the Real Property and Personal Property as a result of its possession granted herein.

G.      The Court further finds that the Plaintiff shall be entitled to reimbursement for reasonable costs, expenses and third party management fees incurred in connection with such possession.

H.      This matter is scheduled for further hearing on _Aug. 28_ , 2015 at _10:00_ before Judge _Madonia_ .

I.      The Plaintiff shall give the Defendants notice of said hearing.

DATED:   _8-19-15_

_____
Judge

# United States Bankruptcy Court
## Northern District of Illinois

In re   **DMI Enterprises, LTD** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ....................................................   $ _____**11,500.00**

   Prior to the filing of this statement I have received ........................................   $ _____**0.00**

   Balance Due ....................................................................................   $ _____**11,500.00**

2. $ __**335.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **Owner of the Debtor**

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **$4500 of fee shared with Bochte & Kuzniar of St. Charles, Ill to provide additional services as needed prior to and duting the Case**

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 22, 2015** _____   **/s/ John S. Biallas** _____

**John S. Biallas 00203890**
**John S. Biallas, Attorney At Law**
**3N918 Sunrise lane**
**St. Charles, IL 60174**
**630-513-7878  Fax: 630-578-0426**
**jsb70@comcast.net**

---

## FOR PROFESSIONAL SERVICES RENDERED IN
## A CHAPTER 7 BANKRUPTCY
(Business)

The undersigned hereby agree(s) to retain John S. Biallas, Attorney at Law of St. Charles, Illinois as Bankruptcy Counsel for: _____ **DMI Enterprises, Inc.** _____(hereinafter the "client") and to pay the following retainer / fee credit and costs for the filing of a Chapter 7 Bankruptcy Proceeding, with such sums due before representation in the case shall be commenced, or according to such terms and conditions agreed to by the parties in advance:

**Total Fee (not including costs): $ 11,500.00**
**Filing cost Deposit $ 519.00**
**Amount Due prior to filing: $ 12,019.00**

John S. Biallas agrees to represent the client in the Bankruptcy proceeding and to appear at all necessary hearings and proceedings required to accomplish this end. The owners or officers of the Client acknowledge(s) that necessary continuances of some of these proceedings may be needed to facilitate scheduling of these matters so as to resolve conflicts in scheduling.

All fees shall be subject to the ultimate approval of the Bankruptcy Court under the provisions of the United States Bankruptcy Code.

The fees and costs set out above are due in advance prior to any work being performed. Once work on the schedules to be filed in the case is completed and a draft set of schedules is produced, whether or not the case is filed, 100% of the fee shall be deemed earned by John S. Biallas. If a refund is requested prior to that event John S. Biallas shall be entitled to retain an amount equal to his actual time expended on the case, including meetings, travel time, phone calls and computer drafting at the rate of $450.00 per hour.

If an Adversary Proceeding or other supplemental case is filed in this Bankruptcy proceeding either by or against the Client, the Client agrees to pay an additional trial retainer of $2,500.00, payable prior to the filing of the initial pleading or the appearance required in that proceeding. All Legal services in these supplemental proceedings shall be billed at the rate of $350.00 per hour including travel time. Invoices for these charges shall be billed to the client for prompt payment on a monthly basis. If these monthly billings are not paid, it is understood that John S. Biallas will be free to withdraw from any proceeding, with the permission of the Court.

Dated: ___*Aug. 28*___ 2015

**Agreed by Client, DMI Enterprises, Inc.:**

By X _____

Its: ___President___

Accepted:

X _____

JOHN S. BIALLAS
3 N 918 Sunrise Lane
St. Charles, Ill 60174
630-513-7878
jsb70@comcast.net

# United States Bankruptcy Court
## Northern District of Illinois

In re   **DMI Enterprises, LTD**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                   **87**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September 22, 2015**

**/s/ Melanie Kay Impastato**
**Melanie Kay Impastato**/**Secretary**
Signer/Title

Ace Hardware
214 N. Walnut Stree
Springfield, IL 62702

Acushnet Company Titleist
po box 88111
Chicago, IL 60695-1111

Agricredit Acceptance LLC
po box 14535
Des Moines, IA 50306

Agro -Logics LLC
2330 Weldon Parkway
Saint Louis, MO 63146

AHUS Global Trade Solutions
2400 Veteran's Blvd
Marrero, LA 70072

AM&E
606 South Hacienda
Tempe, AZ 85281

Battery Specialists
800 W. Springfield Rd
Taylorville, IL 62568

Big R of Springfield
2804 North Dirksen PKWY
Springfield, IL 62702

Buckhart Sand And Gravel
PO Box 347 Mechanicsburg
Mechanicsburg, IL 62545

Buttrey-Wulff-Mamminga Agency
355 First St. PO Box 580

Callaway Golf
PO Box 9002
Carlsbad, CA 92018-9000

Cap America, Inc.
PO box 840176
Kansas City, MO 64184


Capital One
PO BOX 85520
Richmond, VA 23285


Chatham Area Chamber of Commerce
320 N Main Plz.
Chatham, IL 62629


CheckPoint Tire & Service Center
23 Cottonwood Drive
Chatham, IL 62629


cleveland/srixon dept 3355
Po box 123355 Dallas, tx.
Dallas, TX 75312-3355


Coonrod & Associates, PC
450 N. Main Plz
Chatham, IL 62629


Cutter & Buck
PO Box 34855
Seattle, WA 98124


CWLP Cashiers Office Municipal Cent
300 S. 7th street Room 101
Springfield, IL 62757-0001


Dex One
PO Box 9001401
Louisville, KY 40290


Direct TV
PO BOX 6550
Englewood, CO 80155


E & F Distributing Company
PO Box 970
Springfield, IL 62705

Erb Turf Equipment, Inc.
1500 Boul Avemue
Belleville, IL 62226


Frontier
PO BOX 20550
Rochester, NY 14602


Gagne Distributing
1617 W. Spresser
Taylorville, IL 62568


George Alarm Co.
917  South Ninth
Springfield, IL 62703


GORDON FOOD SERVICE
DEPT 10490
Palatine, IL 60055-0490


Hamiltons Catering Services inc.
Box 177
Franklin, IL 62638


Helena Chemical Company
98324 Collection Center Dr.
Chicago, IL 60693


Hornungs Golf Products, Inc.
 P.O. Box 1078
Fond Du Lac, WI 54936


IDES
Benefit Payment Control Division
PO BOX 4385
Chicago, IL 60680


IL National Bank
322 E. Capitol Ave.
Springfield, IL 62701


IL National Bank
322 E. Capitol Ave.
Springfield, IL 62701

IL National Bank
322 E. Capitol Ave.
Springfield, IL 62701


Illinois Meter
4390 Jeffory St.
Springfield, IL 62703


Irrigation & Turf equipment
2725 N. State
PO Box 43
Iola, KS 66749


John Deere Financial
Acct. Dept.-ALP Processing
PO BOX 6600
Johnston, IA 50131


John Klemm
7112 Piper Glen Dr. Springfield, IL


Masco Packaging
306 North Street
Springfield, IL 62704


Mel O Cream Donuts
227 E. Laurel
Springfield, IL 62704


Mickey's Linen
196 North Dearborn Ave kankakee IL.


Midwest Office Supply
3700 W. Wabash Ave
Springfield, IL 62708


MJ Kellner
5700 International Pkwy,
Springfield, IL 62711


MTI Distributing inc.
1900 P.O. Box 86
Minneapolis, MN 55486

Napa auto parts
PO box 5066
Rockford, IL 61125


Nelson Oil Company, Inc.
4001 Walnut Street Road
Springfield, IL 62707


Neuhoff Media Springfield
Po Box 6493
Springfield, IL 62708


Noonans Grand Rental
3031 S. Koke Mill Road
Springfield, IL 62701


Ouray Sportware
1201` W. mansfield
Englewood, CO 80110


Powernet Global
8805 Governors Hill Drive
 Suite 250
Cincinnati, OH 45249


Prairieland Golf & Utility Cars
#1 Quest Drive
Bloomington, IL 61704


Prestige Flag
591 Camino de la Reina #917
San Diego, CA 92108


Pro Hosting
PO Box 702 Midway
Midway, UT 84049


Pro Pump
6810 Enterprise Drive
Delta, OH 43515


R&R Products
3334 E. Milber St.
Tucson, AZ 85714

R.P. Lumber
200 East Mulberry
Chatham, IL 62629


Receivables Management Corp.
400 West Cummings Park
ste 4450
Woburn, MA 01801


Reed Irrigation Services Inc
659 E. Prairie Avenue
Lombard, IL 60148


RJ Distributing Company
410 High Point Lane
East Peoria, IL 61611


Robert Chick Fritz,inc.
1000 W. Hazel Dell Lane
Springfield, IL 62703


Robert Meacham Restaurant Cleaning
2626 Tozer Road
Springfield, IL 62707


Ryan Electric
1305 W. Enos
Springfield, IL 62702


Safely-Kleen Systems Inc
13925 Center Ave
Dolton, IL 60419


Scott & Scott
611 East Monroe Street
Springfield, IL 62701


Service Master
2831 Farmers Market Road
Springfield, IL 62704


Small Business Administration
500 West Madison Street
Chicago, IL 60661

Soil Technologies Corp
2103 185th str
Fairfield, IA 52556


South County Publications
Po Box 50 110 North Fifth Street
Auburn, IL 62615


Southern Wine & Spirits of Illinois
2971 Paysphere Circle
Chicago, IL 60674-2971


Specialty Cigar International, Inc.
109 NW Greenwood Ave, Suite 105
Bend, OR 97701


Spirit Leatherworks, LLC
PO Box 21507
Eugene, OR 97402


Springfield Pepsi-Cola
2900 Singer Avenue
Springfield, IL 62703


Springnet1, Inc.
6900 Preston Drive
Springfield, IL 62711


Staff Carpet.
2527 north 5th street
Springfield, IL 62702


Sterling Cut Glass
po box 75148
Cincinnati, OH 45275


Stoller Wholesale Distributing
2881 Busse Road
Arlington Heights, IL 60005


Sun Mountain
Po Box 7727
Missoula, MT 59807

Tail, Inc.
PO Box 98
Columbus, GA 31902-0098


Team Golf
1540 Champion Dr.
Carrollton, TX 75006


The Citi Group Commercial Services
PO BOX 1036


The Cleaning Guy
650 West Lenox Ave.
Springfield, IL 62704


Tour Edge Golf Mfg., Inc.
1301 Pierson Drive
Batavia, IL 60510


Turf Professionals Equipment Co.
33665 Treasury Center
Chicago, IL 60694


US Kids Golf
PO BOX 116349
Atlanta, GA 30368


Waste Management
PO Box 4648
Carol Stream, IL 60197


West Coast Trends, Inc.
17811 Jamestown Lane
Huntington Beach, CA 92647


Wirtz Beverage ILL
PO box 809180
Chicago, IL 60680

# United States Bankruptcy Court
## Northern District of Illinois

In re    **DMI Enterprises, LTD** _____

Debtor(s)

Case No. _____

Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **DMI Enterprises, LTD**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 22, 2015** _____

Date

**/s/ John S. Biallas** _____

**John S. Biallas 00203890**

Signature of Attorney or Litigant

Counsel for   **DMI Enterprises, LTD** _____

**John S. Biallas, Attorney At Law**
**3N918 Sunrise lane**
**St. Charles, IL 60174**
**630-513-7878 Fax:630-578-0426**
**jsb70@comcast.net**